IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NEAL FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-396-C |
| | ) | |
| GARVIN COUNTY BOARD OF | ) | |
| COUNTY COMMISSIONERS; | ) | |
| SHERIFF LARRY RHODES; | ) | |
| JOSH WHITE; and LADIO AMARO, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bernard M. Jones on May 3, 2016. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted, Garvin County's Motion to Dismiss is denied, and Plaintiff's Complaint is dismissed. A judgment shall enter accordingly.

IT IS SO ORDERED this 31st day of May, 2016.

_____
ROBIN J. CAUTHRON
United States District Judge